IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

IN THE MATTER OF THE ESTATE OF
DONALD LEE IZZETT, JR., DECEASED
BY AND THROUGH THE ADMINISTRATRIX
OF THE ESTATE HONORABLE BECKY BUIE
CHANCERY CLERK OF PIKE COUNTY, MISSISSIPPI   PLAINTIFF

VS.   CIVIL ACTION NO. 5:19-cv-41-DCB-MTP

SHANE GUENTHER   DEFENDANT

## NOTICE OF REMOVAL

TO: Ronald L. Whittington, Esq.
   Whittington Law Firm
   229 Main Street (39648)
   P. O. Drawer 1919
   McComb, Mississippi 39649-1919

   William E. Goodwin, Esq.
   Attorney at Law
   101 Main Street
   P. O. Box 1364
   McComb, Mississippi 39649-1364

PLEASE TAKE NOTICE that the Defendant, Shane Guenther, ("Guenther") has filed this Notice of Removal, as required by law and the rules of Court, for the removal of the cause entitled *In the Matter of the Estate of Donald Lee Izzett, Jr., Deceased, By and Through the Administratrix of the Estate Honorable Becky Buie Chancery Clerk of Pike County, Mississippi v. Shane Guenther*, Cause No. 19-028-PCS, Circuit Court of Pike County, Mississippi. The basis for removal are set forth below.

1.

This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441, 1446, and 1332.

2.

This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446 in that it is filed on or before May 11, 2019, the Defendant having filed her Complaint on April 11, 2019, and the Defendant having received the Complaint several days thereafter.

3.

A copy of all process, pleadings, and orders on file in Civil Action 19-028-PCS in the Circuit Court of Pike County, Mississippi, is attached hereto as Exhibit "A".

4.

The United States District Court for the Southern District of Mississippi, Western Division, has original subject matter jurisdiction over this civil action pursuant to diversity of citizenship, 28 U.S.C. § 1332, and wherein the amount in controversy exceeds the sum or value of $75,000.00. According to the Complaint, the Plaintiff is an "adult nonresident citizen" of the State of Mississippi. Shane Guenther is not a resident of the State of Mississippi in any way. Guenther is an adult resident citizen of the State of Washington, and he has insufficient minimum contacts with the State of Mississippi to subject him to the jurisdiction of the Mississippi courts per our long-arm statute, Section 13-3-57, Mississippi Code of 1972 (as amended.)

5.

Shane Guenther is improperly sued in the Circuit Court of the State of Mississippi due to the complete diversity of the parties pursuant to 28 U.S.C. § 1332. Further, the Complaint, a wrongful death action, does not state any claim against him for which the Plaintiff has any possibility of recovery. This case alleges the wrongful death of Donald Lee Izzett, Jr., as a result of some act committed by, or the negligence of, Shane Guenther at some time after May 25, 1995, the date the Complaint asserts that Donald Lee Izzett, Jr. was last seen. On information and belief, his body has not been found, and no arrest has been made in connection with the death of Donald Lee Izzett, Jr.

Because the Plaintiff is without any viable proof of any connection between Shane Guenther and the death of Donald Lee Izzett, Jr., she is necessarily not in possession of any viable proof of the cause or manner of Donald Lee Izzett, Jr.'s death, or even the location of his death, much less

2

any evidence that Donald Lee Izzett, Jr. endured pain and/or suffering as a result of any wrongful or negligent act committed by Shane Guenther.

The Plaintiff's sole proof of the death of Donald Lee Izzett, Jr.'s death is the *Order Declaring Donald Lee Izzett, Jr. Deceased;* In the Chancery Court of Pike County, Mississippi; Cause No. 2019-0057-WS, said Order resulting from an action filed by the Chancery Clerk of Pike County, Mississippi in her capacity as Administratrix of Donald Lee Izett, Jr. The Chancellor's Order recognizes the death of Donald Lee Izzett, Jr. by statute because, as alleged in the Petition, he has been missing for seven years. See *Order Declaring Donald Lee Izzett, Jr., Deceased,* attached hereto as part of Exhibit "B." Per that pleading, Donald Lee Izzett, Jr. has been missing for twenty-four years without a trace.

In order to maintain a wrongful death action, the Plaintiff must establish that the Defendant has caused the death of another by some real, wrongful or negligent act or omission. Section 11-7-13, (Mississippi Code of 1972, as amended.) The Plaintiff has no proof that Donald Lee Izett, Jr. died as the result of any act committed by Shane Guenther.

6.

Shane Guenther is not an "adult nonresident citizen" of the State of Mississippi as alleged in the Complaint. He owns his home at 512 Sheridan Road in Bremerton, Washington, and has owned his residence there for over four years. He has no intention becoming a resident of the State of Mississippi, nor has he ever been a resident of the State of Mississippi.

7.

The United States District Court for the Southern District of Mississippi, Western Division, is the District Court and Division within which the state action was pending.

9.

By filing this Notice of Removal, the Defendant Shane Guenther does not waive his rights to object to service, service of process, sufficiency of process, jurisdiction, venue, or other defenses available and applicable to this Defendant.

10.

Pursuant to 28 U.S.C. 1446(d), the adverse party is being provided with written Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Pike County, Mississippi.

WHEREFORE, the Defendant, Shane Guenther, respectfully files this Notice of Removal and removes this civil action to the United States District Court for the Southern District of Mississippi, Western Division. The Plaintiff is notified to proceed no further in state court unless or until the case should be remanded by order of said United States District Court.

RESPECTFULLY SUBMITTED, THIS the 7th day of May, 2019.

SHANE GUENTHER, DEFENDANT

BY: _____
CYNTHIA H. SPEETJENS

OF COUNSEL:

CYNTHIA H. SPEETJENS, ESQ.
CYNTHIA H. SPEETJENS, P.A.
MSB: #2407
2088 Main Street, Ste. A
Madison, Mississippi 39110
Telephone: (601) 707-9711
Facsimile: (601) 707-7509
cspeetjens@ms-lawyer.net

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, the undersigned, CYNTHIA H. SPEETJENS, attorney for defendant, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing to:

Ronald L. Whittington, Esq.
Whittington Law Firm
229 Main Street (39648)
P. O. Drawer 1919
McComb, Mississippi 39649-1919

William E. Goodwin, Esq.
Attorney at Law
101 Main Street
P. O. Box 1364
McComb, Mississippi 39649-1364

DATED, this the 7 day of May, 2019.

_____
CYNTHIA H. SPEETJENS